USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZIZ OBIDOV,

    Plaintiff,

-against-

CHAD F. WOLF, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*, et al.,

    Defendants.

19-CV-6712 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On January 17, 2020, *pro se* plaintiff Aziz Obidov filed, in this Court, a copy of a document that he apparently submitted on January 13, 2020, in a naturalization proceeding pending in front of USCIS, entitled Memorandum of Law in Response to USCIS's Motion to Reopen Approved N-400 Application for Neuralization. (Dkt. No. 41.) The Memorandum is not relevant to any pending application in this action. It is therefore ORDERED that the Memorandum (Dkt. No. 41) is STRICKEN from the record of this action, without prejudice to refiling if and when it becomes relevant to an issue before this Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
       January 22, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**